UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN MARINA PINEDA ESPANA,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO DETENTION FACILITY, et al.,<br>Respondents. | Case No. 5:26-cv-06231-FLA (E)<br><br>**ORDER ACCEPTING AND ADOPTING IN PART FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 8]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed and considered Petitioner Lilian Marina Pineda Espana's ("Petitioner," A# 249-029-208) Petition for Writ of Habeas Corpus ("Petition," Dkt. 1), the Report and Recommendation of United States Magistrate Judge ("Report," Dkt. 8), and all relevant portions of the record. In light of Respondents' failure to file a notice of appearance by counsel, an Answer to the Petition pursuant to the deadlines set forth in General Order 26-05 (*see* Dkt. 5 at 1–2, 5), or objections to the Report, the court CONCURS with, ACCEPTS, and ADOPTS the findings, conclusions, and recommendations of the Magistrate Judge, except as otherwise specified below.

/ / /

The court, therefore, GRANTS in part the Petition and ORDERS as follows:

1) A writ of habeas corpus shall issue pursuant to Petitioner's Fifth Amendment procedural due process claim. Petitioner's remaining claims are DENIED as moot;

2) Respondents shall release Lilian Marina Pineda Espana (A# 249-029-208) from custody immediately, subject to appropriate conditions of supervision;

3) Respondents shall return all property to Petitioner that was confiscated from her when she was arrested and processed into detention;

4) Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner absent strict compliance with the due process clause of the Fifth Amendment and all other applicable statutes and regulations; and

5) Respondents shall file a statement with the court within seven (7) days of the docketing of this Order, attesting to Respondents' compliance with this Order.

IT IS SO ORDERED.

Dated: November 20, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge