JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN MARINA PINEDA ESPANA,<br>Petitioner,<br>v.<br><br>WARDEN, ADELANTO DETENTION FACILITY, et al.,<br>Respondents. | Case No. 5:26-cv-06231-FLA (E)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting and Adopting in part Findings, Conclusions, and Recommendations of United States Magistrate Judge, the court ENTERS Judgment in Petitioner Lilian Marina Pineda Espana's (A# 249-029-208) favor and against Respondents on the Petition for Writ of Habeas Corpus (Dkt. 1).

IT IS SO ORDERED and ADJUDGED.

Dated: November 20, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge